AP-77,043
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/1/2015 3:56:59 PM
Accepted 12/1/2015 4:01:20 PM
ABEL ACOSTA
CLERK

**Weil, Gotshal & Manges LLP**

RECEIVED IN
COURT OF CRIMINAL APPEALS

December 1, 2015

ABEL ACOSTA, CLERK

700 Louisiana
Suite 1700
Houston, TX 77002
+1 713 546 5000 tel
+1 713 224 9511 fax

**Alfredo R Pérez**
+1 (713) 546-5040
alfredo.perez@weil.com

December 1, 2015

Abel Acosta
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

Re: *The State of Texas v. Larry Ray Swearingen,* No. AP-77,043

Dear Mr. Acosta:

We have been retained by Dr. Dan Krane, Dr. Rhonda Williams, and Mr. Arthur Young, scientists with decades of experience in DNA analysis and criminal investigations, to file an *amicus curiae* brief highlighting the advances in the use of scientific evidence and its potential impact in *The State of Texas v. Larry Ray Swearingen*. The *amicus curiae* brief may yet be joined by similar individuals. This brief will focus on the significant scientific advancements in DNA analyses, as well as the exculpatory potential of such analyses in the context of criminal investigations. Specifically, the *amicus curiae* brief will demonstrate that DNA analysis (including the use of the CODIS DNA database) has become the industry norm and that DNA evidence obtained in criminal investigations often (i) outweighs otherwise strong non-DNA evidence, and (ii) has an exculpatory effect. We intend to file this *amicus curiae* brief during the week of December 14, 2015, and respectfully request that the Court consider this brief prior to ruling on Appellee's Motion for Rehearing.

Respectfully submitted,


/s/ Alfredo R Pérez


Alfredo R Pérez


cc: all counsel

WEIL:\95547590\1\99910.A260